570 A.2d 984

CHESTERBROOKE LIMITED PARTNERSHIP v. PLANNING
BOARD OF THE TOWNSHIP OF CHESTER.

December 5, 1989.

Petition for certification denied.   (See 237 *N.J.Super.* 118, 567
*A.*2d 221)

570 A.2d 984

LEONARD BELFORD AND BELLE KELLER BELFORD, ET AL. v.
SHORE TREE ASSOCIATES, INC., ET AL.

· December 5, 1989.

Petition for certification denied.

570 A.2d 984

JOSEPH D'ALESSANDRO, LOUISE D'ALESSANDRO AND J & I
INDUSTRIES, ETC., v. THE BOROUGH OF BUENA
AND THE BOROUGH OF BUENA MUNICIPAL
UTILITIES AUTHORITY.

December 5, 1989.

Petition for certification denied.

570 A.2d 984

STATE OF NEW JERSEY v. RAMON RODRIGUES.

December 5, 1989.

Petition for certification denied.